December 21, 1994
[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 94-1041

CECELIA PALMISANO FRUSHER,

Appellant,

v.

BASKIN-ROBBINS ICE CREAM COMPANY, ET AL.,

Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Ernest C. Torres, U.S. District Judge]

Before

Cyr, Circuit Judge,
Bownes, Senior Circuit Judge, and
Stahl, Circuit Judge.

Cecelia P. Frusher on brief pro se.
Mark W. Freel and Edwards & Angell on brief for appellee.



Per Curiam. Cecelia P. Frusher appeals a judgment

of the district court affirming a decision by the bankruptcy

court in an adversary proceeding initiated by appellant

against her former franchisor. The crux of appellant's

argument is that the bankruptcy court erred in resolving

against her the fact-dominated liability issues underlying

her claims of misrepresentation, fraud and deceit. Having

carefully reviewed the briefs and relevant portions of the

record in this six-day bench trial, we find no clear error in

the bankruptcy court's factual findings and no suggestion of

legal error. See In re G.S.F. Corp., 938 F.2d 1467 (1st Cir.

1991).1 Accordingly, we need not reach the assignments of

error relating to damages. We see no support for appellant's

further contention that the decisions below were influenced

by gender bias.

Affirmed. 



1. The parties' briefs join issue on the applicable standard
of review in this court following the district court's review
under Bankruptcy Rule 8013. We adhere to the rule that this
court "independently reviews the bankruptcy court's decision,
applying the clearly erroneous standard to findings of fact
and de novo review to conclusions of law." GSF Corp., 938
F.2d at 1474. Any errors committed by the district court in
findings of fact during its review are rendered harmless by
our independent review, so we do not address those arguments
in appellant's brief.